UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. TOLLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | CASE NO. C14-1381-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) reweigh the opinion evidence of record, articulating the weight assigned and the reasons for that weight; (2) give plaintiff the opportunity for a hearing; (3) obtain, if necessary, medical expert testimony to assist in determining the severity of plaintiff's impairments; (4) reevaluate the medical source opinions of Drs. Halley, Moore, Patel, and Sandvik; (5) reassess plaintiff's

REPORT AND RECOMMENDATION
PAGE - 1

residual functional capacity (RFC); and (6) obtain, if necessary, supplemental vocational expert testimony to assist in determining what jobs exist in significant numbers in the national economy for plaintiff given his age, education, vocational factors, and RFC.

The Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 19th day of February, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2