UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. TOLLEY,<br><br>                     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | CASE NO. C14-1381-RSL<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 19.)  It is therefore ORDERED:

(1)  The Court adopts the Report and Recommendation;

(2)  The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)  The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 6th day of March, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND
PAGE - 1